**INTERNATIONAL DIVERSIFICATION, INC., Appellant,**

v.

**SPECTRUM PROFESSIONAL COLOR LABS, INC., Respondent.**

**No. 46243.**

Missouri Court of Appeals, Eastern District, Division Three.

July 5, 1983.

Richard Jacobs, St. Louis, for appellant.

James R. Hartenbach, Ballwin, for respondent.

CLEMENS, Senior Judge.

Plaintiff corporation seeks to appeal from the trial court's order removing its counsel Richard Jacobs from the case. This on the admitted ground Mr. Jacobs was plaintiff's

director and major stockholder, and plaintiff's only witness.

The trial court declared its order was final and appealable, but it was not. See *Erickson v. Lockhart,* 639 S.W.2d 418 (Mo. App.1982) so holding.

Appeal dismissed.

CRANDALL, P.J., and REINHARD and CRIST, JJ., concur.